# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| |
|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL C. KAHN and PAUL VAN EYL, <br><br> Defendants. |

No. 99 C 6343

Judge John A. Nordberg

## MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO DEFENDANTS MITCHELL C. KAHN AND PAUL VAN EYL, BY CONSENT

Plaintiff Securities and Exchange Commission (the "Commission") hereby moves for entry of final judgments as to defendants Mitchell C. Kahn and Paul Van Eyl in the forms attached hereto as Exhibit A and Exhibit B. In support of its motion, the Commission states as follows:

1. The Commission and defendant Mitchell C. Kahn have reached a settlement of all claims asserted by the Commission against it in the above-captioned action.

2. The Commission and defendant Paul Van Eyl have reached a settlement of all claims asserted by the Commission against him in the above-captioned action.

3. In connection with these settlements, Mitchell C. Kahn and Paul Van Eyl have signed consents to the entry of these final judgments, copies of which are attached hereto as Exhibits C and D. The final judgments incorporate Mitchell C. Kahn and Paul Van Eyl's consents.

4. Pursuant to the terms of the parties' settlements, the Commission requests that the Court enter final judgments against each of them in the forms attached hereto as Exhibits A and B.

**WHERFORE**, for the foregoing reasons, the Commission respectfully requests that the Court enter final judgments in the forms attached hereto dismissing with prejudice its claims against defendants Mitchell C. Kahn and Paul Van Eyl.

s/ Dee A. O'Hair
Dee A. O'Hair, Ohio Bar No. 0063523
Counsel for Plaintiff
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

Date: February 6, 2009

# CERTIFICATE OF SERVICE

The undersigned, an attorney for the Plaintiff, Securities and Exchange Commission, certify that I have on this day, February 6, 2009, caused to be served via Federal Express copies of Plaintiff's Motion For Entry of Final Judgment as to Defendants Mitchell C. Kahn and Paul Van Eyl, By Consent upon the following parties:

James J. Moylan
James J. Moylan and Associates P.C.
31685 Inca Way
Steamboat Springs, CO 80477-5695

Terrance H. Campbell
Cotsrilos, Tighe & Streicker
33 N. Dearborn St., Ste. 600
Chicago, IL 60602

s/ Dee A. O'Hair
Dee A. O'Hair, Ohio Bar No. 0063523
Counsel for Plaintiff
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398